No. 86–1502. SPRING REALTY CO. ET AL. *v.* NEW YORK CITY LOFT BOARD ET AL. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 86–6748. RILEY *v.* CITY OF JUNCTION CITY, KANSAS. Appeal from Sup. Ct. Kan. dismissed for want of properly presented federal question.

No. 86–6758. HATTON *v.* MINNESOTA. Appeal from Sup. Ct. Minn. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. A–619. EFFINGER *v.* GREENE ET AL. C. A. 11th Cir. Motion to direct the Clerk to file the petition for writ of certiorari out of time denied.

No. D–604. IN RE DISBARMENT OF KORNOWSKI. Disbarment entered. [For earlier order herein, see 479 U. S. 1051.]

No. D–641. IN RE DISBARMENT OF WECHSLER. It is ordered that Benjamin B. Wechsler II, of Pittsburgh, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–642. IN RE DISBARMENT OF PALOMO. It is ordered that Raul Palomo, Jr., of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 86–327. MULLINS COAL CO., INC. OF VIRGINIA, ET AL. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL. C. A. 4th Cir. [Certiorari granted, 479 U. S. 1029.] Motion of United Mine Workers of America for leave to participate in oral argument as *amicus curiae,* for additional time for oral argument, and for divided argument denied.

No. 86–492. BOYLE, PERSONAL REPRESENTATIVE OF THE HEIRS AND ESTATE OF BOYLE *v.* UNITED TECHNOLOGIES CORP.